UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PRESTON FRANCART,

        Plaintiff,

v.                                           Case No. 11-C-399

MICHAEL ASTRUE,

        Defendant.

**ORDER**

Plaintiff has petitioned for leave to proceed *in forma pauperis* in this Social Security action. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff is unable to pay the filing fee. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED.**

Therefore, the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security. Plaintiff shall provide the Defendant with copies of all future motions or papers filed by the plaintiff in this action.

**SO ORDERED** this    27th    day of April, 2011.

                                                                  s/ William C. Griesbach
                                                                   William C. Griesbach
                                                                   United States District Judge